UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT TOWNSEND and DEBORAH TOWNSEND,

    Plaintiffs,

v.

QUALITY LOAN SERVICE CORP OF WASHINGTON; THE ENTITY KNOWN AS "THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2006-AA6, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICE, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT"; FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE, LLC,

    Defendants.

Case No. 2:12-cv-01479

**CORPORATE DISCLOSURE STATEMENT**

CORPORATE DISCLOSURE STATEMENT - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

709552.0007/5472196.1

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants states as follows:

1.      Defendant First Horizon Home Loans, a division of First Tennessee Bank National Association ("First Horizon"), successor in interest by merger to First Horizon Home Loan Corporation is a wholly-owned subsidiary of First Horizon National Corporation, a publicly traded corporation. No publicly traded corporation owns 10% or more of First Horizon National Corporation's stock.

2.      Defendant Bank of New York Mellon, f/k/a the Bank of New York, Trustee for the certificate holders of First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA6 ("BNY Mellon") is a wholly-owned subsidiary of The Bank of New York Mellon Corporation, a publicly traded corporation. No publicly traded corporation owns more than 10% or more of The Bank of New York Mellon Corporation's stock.

3.      Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") is a privately held Delaware corporation. MERS is the wholly owned subsidiary of MERSCORP Holdings, Inc., which is also a privately held Delaware corporation. MERSCORP Holdings, Inc. has two shareholders which own 10% or more of MERSCORP which are publically traded entities – the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac").

4.      Defendant Nationstar Mortgage LLC ("Nationstar") is a privately held Delaware corporation. Its members are Nationstar Sub1 LLC Nationstar Sub2 LLC, both of which are Delaware limited liability companies that are wholly owned by Nationstar Mortgage Holdings,

//  //
//  //
//  //
//  //
//  //
//  //
//  //

CORPORATE DISCLOSURE STATEMENT - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

709552.0007/5472196.1

1  Inc., a publicly traded corporation. No publicly traded corporation owns more than 10% of
2  Nationstar Mortgage Holdings, Inc.'s stock.
3  DATED this 30th day of August 2012.
4                                          LANE POWELL PC

By: */s/ Andrew G. Yates*
Ronald E. Beard, WSBA No. 24014
Andrew G. Yates, WSBA No. 34239
Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association, successor in interest by merger to First Horizon Home Loan Corporation and Bank of New York Mellon, f/k/a the Bank of New York, Trustee for the certificate holders of First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA6, Mortgage Electronic Registration Systems, Inc. and Nationstar Mortgage LLC

CORPORATE DISCLOSURE STATEMENT - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

709552.0007/5472196.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 30th day of August, 2012, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Ha Thu Dao
Attorney at Law
3501 Rucker Avenue
Everett, WA 98201
hadaojd@gmail.com

Mary Stearns
Robert W. McDonald
McCarthy Holthus, LLP
19735 10th Avenue NE, Suite N-200
Poulsbo, WA 98370
mstearns@mccarthyholthus.com
rmcdonald@mccarthyholthus.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Executed on the 30th day of August, 2012, at Seattle, Washington.

*Sabrina Koskinen*
Sabrina Koskinen

CORPORATE DISCLOSURE STATEMENT - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

709552.0007/5472196.1