HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT TOWNSEND and DEBORAH TOWNSEND,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, et al.,<br><br>　　　　　　　　Defendants. | No. 12-cv-5778-RBL<br><br>ORDER<br><br>(Dkt. #28) |

Plaintiffs cannot, as they have attempted, dismiss this case simply by filing a Notice of Dismissal (Dkt. #30) because Defendants have already answered their Complaint. Answer, Dkt. #12; *see* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal *before* the opposing party serves either an answer or a motion for summary judgment" (emphasis added)). The Court has reviewed Defendants' Motion to Dismiss and supporting declaration. Plaintiffs failed to respond. The Motion to Dismiss (Dkt. #28) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

Dated this 28th day of March 2013.

　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order - 1